UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
(BINGHAMTON)

| | | |
|---|---|---|
| DAFFANNY NICOLETTI,<br>*Plaintiff,*<br><br>vs.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case 3:23-cv-00010-MAD-ML<br><br><br>**Joint Stipulation for Remand**<br>(Document Filed Electronically) |

**Joint Stipulation for Remand pursuant to the fourth sentence of 42 U.S.C. § 405(g)**

The parties, through their respective counsel, stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including a *de novo* administrative hearing and a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Dated: May 12, 2023

By: /s/ Jason P. Peck

Jason P. Peck
Special Assistant U.S. Attorney
Office of Program Litigation – 2
Office of the General Counsel
Social Security Administration
Phone: (212) 264-2493
Duty station time zone: Eastern
jason.peck@ssa.gov

By: /s Steven Dolson

Steven R. Dolson
Law Offices of Steven R. Dolson
6320 Fly Road; Suite 201
East Syracuse, NY 13057
315-423-3328
Email: sdolson@dolsonattorneys.com

**So Ordered:**

Hon. Mae A. D'Agostino, U.S.D.J.

May 22, 2023
**DATE**