## *UNITED STATES DISTRICT COURT*
### *NORTHERN DISTRICT OF NEW YORK*

## JUDGMENT IN A CIVIL CASE

**DAFFANNY NICOLETTI,**
       **Plaintiff,**

vs.                                                3:23-cv-10
                                                                                (MAD/ML)

**COMMISSIONER OF SOCIAL SECURITY,**
        **Defendant.**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this matter is **REVERSED and REMANDED** to the Commissioner for further administrative proceedings, including a de novo administrative hearing and a new decision, pursuant to sentence four of 42, U.S.C. § 405(g), all pursuant to the Stipulation and Order for Remand entered by the Honorable Judge Mae A. D'Agostino on the 22nd day of May, 2023.

DATED: May 22, 2023

*[signature]*
Clerk of Court

                                              s/Britney Norton
                                              Britney Norton
                                              Deputy Clerk